UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| KAY HAMILTON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN, Acting COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　Defendant, | ) CV 12-9459-SH<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: July 30, 2013

　　　　　　　　　　　　　　　　　　　　　/s/ Stephen J. Hillman
　　　　　　　　　　　　　　　　　　　　STEPHEN J. HILLMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE